**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Irwin Financial Corporation, an Indiana corporation; and Irwin Mortgage Corporation, and Indian corporation, )<br>)<br>)<br>)<br>Plaintiffs/Counterdefendant, )<br>)<br>vs. )<br>)<br>E.M.P.P., Inc., an Arizona corporation, )<br>)<br>Defendant/Counterclaimant. )<br>)<br>_____ ) | No. CV-08-631-PHX-DGC<br><br>**ORDER** |

Irwin Mortgage Corporation has filed a motion to dismiss EMPP's counterclaim and an alternative motion for a more definite statement. Dkt. #15. EMPP has responded by filing an amended counterclaim. Dkt. #21.

Because a motion to dismiss is not a "responsive pleading" within the meaning of Rule 15 of the Federal Rules of Civil Procedure, EMPP was entitled to file its amended counterclaim as a matter of course. *See* Fed. R. Civ. P. 15(a); *Allwaste, Inc. v. Hecht*, 65 F.3d 1523, 1530 (9th Cir. 1995) (citing *Schreiber Distrib. Co. v. Serv-Well Furniture Co.*, 806 F.2d 1393, 1401 (9th Cir. 1986)). In light of the amended counterclaim, the Court will deny the motion to dismiss the original counterclaim and the alternative motion for a more definite statement as moot.

**IT IS ORDERED** that Irwin Mortgage Corporation's motion to dismiss counterclaim and alternative motion for more definite statement (Dkt. #15) are **denied** as moot.

DATED this 9th day of September, 2008.

_____
David G. Campbell
United States District Judge